# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>MARTIN CORTES<br>    Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>    Defendants. | MDL CASE NO. 1:14-ML-2570-RLY-TAB<br><br><br>CASE NO. 1:17-cv-01779-RLY-TAB |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute and to amended the Complaint, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26282.]

IT IS THEREFORE ORDERED that: (1) Omar Cortes be substituted as Plaintiff of record on behalf of his deceased father, Martin Cortes in the above referenced action. (2) Plaintiff is hereby granted Leave to File an Amended Short Form Complaint; and (3) the Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/7/2025

                                                    Tim A. Baker
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.